MINUTE ENTRY
KNOWLES, M.J.
DECEMBER 23, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PATRICIA FLOYD JOHNSON**                                    **CIVIL ACTION**

**VERSUS**                                                    **NO. 12-00688**

**TEXTRON, INC., et al**                                      **SECTION "H" (3)**


A settlement conference in the above matter was conducted this date.

PRESENT:   Robert Birtel
           Tim Daniels
           Blake Arata, Jr.
           Chad Stelly
           Steve Scandurra
           Nancy Brechtel
           Larry Abbott
           Kelly Brilleaux


Settlement can not be reached at this time.   Counsel are to contact the undersigned if they feel that an additional conference would be beneficial prior to trial.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(1.30)