UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA FLOYD JOHNSON                                              CIVIL ACTION

VERSUS                                                              NO. 12-688

TEXTRON INC ET AL                                                   SECTION "H"

## ORDER OF DISMISSAL

The Court having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 8th day of January, 2014.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE